SCHEER LAW GROUP, LLP
JOSHUA L. SCHEER #242722
REILLY D, WILKINSON #250086
155 N. REDWOOD DRIVE, SUITE 100
SAN RAFAEL, CA  94903
Telephone:  (415) 491-8900
Facsimile:  (415) 491-8910
rwilkinson@scheerlawgroup.com

Attorneys for Defendants, Iron Oak Home Loans, Inc.; Total Lender
Solutions, Inc.; Rich Mendoza; Christy Mathers; Scott Liming; R. Lewis
Jepson; Gurdev S. Grewal; Karamwant Garcha; Lauren Meyer

UNITED STATES BANKRUPTCY COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ERIC PAUL DORICKO,<br><br>     Debtor.<br><br>_____<br><br>ERIC P. DORICKO, an individual,<br><br>     Plaintiff,<br><br>vs.<br><br>IRON OAK HOME LOANS, INC.; TOTAL LENDER SOLUTIONS, INC.; RICH MENDOZA; CHRISTY MATHERS; SCOTT LIMING; R. LEWIS JEPSON; GURDEV S. GREWAL; KARAMWANT GARCHA; LAUREN MEYER; BRYAN WILD, and DOES 1 through 20, inclusive,<br><br>     Defendants. | Bk. No.: 2:26-bk-13664-VZ<br><br>Adv. No.:<br><br>Chapter 7<br><br><br>**NOTICE OF REMOVAL OF ACTION [Fed. R. Bankr. Proc. 9027; Local Rule 9027-1]** |

**TO THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ALL PARTIES TO THE REMOVED ACTION, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

    **PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1452 and 1334, and Rule 9027 of the Federal Rules of Bankruptcy Procedure ("**FRBP**"), defendants Iron Oak Home Loans,

1

Inc., Total Lender Solutions, Inc., Rich Mendoza, Christy Mathers, Scott Liming, R. Lewis Jepson, Gurdev S. Grewal, Karamwant Garcha, and Lauren Meyer ("**Defendants**") hereby remove the civil action titled Eric P. Doricko vs. Iron Oak Home Loans, Inc., et al., Los Angeles County Superior Court Case 25STCV30073 (the "**State Court Action**"), from the Superior Court of California, County of Los Angeles, where it is now pending, to this court in the United States Bankruptcy Court, Central District of California, Los Angeles Division. This Notice of Removal is supported by the facts outlined below.

## STATEMENT OF FACTS REGARDING BASIS FOR REMOVAL
## (FED. R. BANKR. PROC. 9027(A)(1))

1.      In 2020, the Debtor, Eric P. Doricko, ("**Plaintiff**" and/or "**Debtor**") obtained a loan from Defendants Grewal and Garcha, secured by a Deed of Trust ("**Deed of Trust**") on his residence, the subject property.[1]

2.      On October 14, 2025, Plaintiff filed the State Court Action against Defendants. In the Complaint in the State Court Action, Plaintiff alleges that Defendants engaged in a fraudulent loan origination scheme and unlawful foreclosure practices against Plaintiff as it relates to his primary residence at 229 El Porto St. Manhattan Beach, California ("**Property**"). More specifically, Plaintiff alleges that that he was "duped" into making a loan that he thought was a consumer loan **("Loan"),** but was really a disguised business purpose loan.  He asserts that the loan he received was fraudulent and should be rescinded and that the individuals that procured the loan and the lenders that made the loan are guilty of various torts and breach of a duty to him. Plaintiff also alleges violations of Federal Statutes (12 U.S.C. §§ 2601-2617 and 15 U.S.C. § 1601 et seq.) Plaintiff seeks 1) Equitable relief in the form of a temporary restraining order, injunction halting foreclosure, cancellation of the deed of trust, notice of default, notice of sale, and rescission of the contract; 2) Declaratory Relief; 3) Compensatory, consequential, statutory, and punitive damages; 4) Restitution/ Disgorgement; 5) Attorney's Fees & Costs; 6) Prejudgment Interest; 7) Other relief as the Court deems proper.  Plaintiff filed an Ex Parte

---

[1] *See* Exhibit #19, Request for Judicial Notice, RJN Exhibit #A].

Application for Temporary Restraining Order which the State Court denied. True and correct copies of the State Court Action documents, including the Register of Actions and Complaint, are attached hereto as **Exhibits "1" through "35".**

3.    On April 16, 2026, Debtor filed a voluntary bankruptcy petition under Chapter 7 of Title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California, Los Angeles Division, as case no. 2:26-bk-13664-VZ ("**Bankruptcy Case**").

4.    As the Debtor has filed this Bankruptcy Case, the issues raised in the State Court Action challenging the loan and alleging various violations on the part of the Defendants, including violations of Federal Statutes (12 U.S.C. §§ 2601-2617 and 15 U.S.C. § 1601 et seq.), are now property of the Bankruptcy Estate.

5.    Jurisdiction is proper pursuant to 28 U.S.C. § 1334 because the Property is property of the Debtor's bankruptcy estate. Thus, the claims relate to the Bankruptcy Case. Removal of the State Court Action is appropriate pursuant to the provisions of 28 U.S.C. §1452. Venue is appropriate as the Central District Bankruptcy Court of California is (1) the district for Los Angeles County, where the State Court Action was pending, (2) where the Property is located, (3) and where the Chapter 11 Bankruptcy Case is pending.

6.    Defendants have filed this Notice of Removal within the time required for removal under FRBP 9027(a)(2)(c).

7.    Defendants consent to the removal of the action to Bankruptcy Court.

8.    Defendants consent to entry of final orders or judgments by the Bankruptcy Court.

9.    A copy of this Notice of Removal is being filed in the Los Angeles Superior Court where the State Court Action was initially filed.

10.    Promptly after filing this Notice of Removal, a copy shall be served on all parties to the State Court Action.

//

//

//

3

Wherefore, Defendants pray that further proceedings in the State Court Action be discontinued in the Los Angeles Superior Court and removed to the United States Bankruptcy Court for the Central District of California, Los Angeles Division, and that this Court assume full jurisdiction over such action as provided by law.

RESPECTFULLY SUBMITTED


SCHEER LAW GROUP, LLP

Dated: April 22, 2026                    /s/REILLY D. WILKINSON
                                          #250086

4

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>SCHEER LAW GROUP, LLP<br>JOSHUA L. SCHEER #242722<br>REILLY D, WILKINSON #250086<br>155 N. REDWOOD DRIVE, SUITE 100<br>SAN RAFAEL, CA  94903<br>Telephone:  (415) 491-8900<br>Facsimile:  (415) 491-8910<br>rwilkinson@scheerlawgroup.com<br><br>☐  *Individual appearing without an attorney*<br>☒  *Attorney for:* Defendants | FOR COURT USE ONLY |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>ERIC PAUL DORICKO,<br><br><div align="right">Debtor(s).</div><br>ERIC P. DORICKO, an individual,<br><br><br><br><div align="right">Plaintiff(s),</div><br><div align="center">vs.</div><br>Iron Oak Home Loans, Inc; Total Lender Solutions, Inc.; Rich Mendoza; Christy Mathers, Scott Liming; R. Lewis Jepson; Gurdev S. Grewal, Karamwant Garcha, Lauren Meyer, Bryan Wild<br><div align="right">Defendant.</div> | CASE NO.: 2:26-bk-13664-VZ<br><br>CHAPTER: 7<br><br>ADVERSARY NO.:<br><br><br>**NOTICE OF STATUS CONFERENCE RE REMOVAL OF ACTION**<br><br>**[LBR 9027-1]** |

TO: ALL PARTIES IN REMOVED ACTION, ANY TRUSTEE APPOINTED IN THE BANKRUPTCY CASE, AND THE U.S. TRUSTEE:  A Notice of Removal of Action (Removal Notice) was filed under 28 U.S.C. §1452(a), FRBP 9027 and LBR 9027-1(a).  A copy of the Removal Notice accompanies this Notice of Status Conference (Status Conference Notice).

| | |
|---|---|
| Removing Party: | Iron Oak Home Loans, Inc.; Total Lender Solutions, Inc.; Rich Mendoza; Christy Mathers; Scott Liming; R. Lewis Jepson;Gurdev S. Grewal; Karamwant Garcha; Lauren Meyer |
| Date of Filing of Removal Notice: 4/22/2026 | |
| Court/division from which action is removed:  Los Angeles Superior Court- Stanley Mosk Division | |
| Case No. of Removed Action: 25STCV30073 | |

1) **Status Conference** – A status conference on the Removal Notice has been set for:

| | |
|---|---|
| Hearing date:<br><br>Time:<br><br>Courtroom: 1368 | Address:<br>☒  255 East Temple Street, Los Angeles, CA 90012<br>☐  3420 Twelfth Street, Riverside, CA 92501<br>☐  411 West Fourth Street, Santa Ana, CA 92701<br>☐  1415 State Street, Santa Barbara, CA 93101<br>☐  21041 Burbank Boulevard, Woodland Hills, CA 91367 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

2) **Service of Status Conference Notice** – Pursuant to LBR 9027-1(b)(3), no later than 14 days after the Status Conference Notice is issued and filed, the party who filed the Removal Notice must serve the Status Conference Notice on all parties to the removed action, any trustee appointed in the bankruptcy case, the United States trustee, and a judge's copy as provided in the Court Manual.

3) **Preserving Right to Jury Trial** – Pursuant to LBR 9027-1(e), no later than 14 days after service of the Removal Notice (plus an additional 3 days if you were served by mail, electronically or pursuant to F.R. Civ. P. 5(b)(2(D),(E) or (F)), a party to the removed action must comply with LBR 9015-2 to preserve any right to trial by jury.

4) **FRBP 9027(e)(3) Statement** – Pursuant to FRBP 9027(e)(3), no later than 14 days after the filing of the Removal Notice (plus an additional 3 days if you were served by mail, electronically or pursuant to F.R. Civ. P. 5(b)(2(D),(E) or (F)),, a party to the removed action (other than the party who filed the Removal Notice) must file with the clerk the statement required under FRBP 9027(e)(3) and serve the statement upon all other parties to the removed action.

5) **Litigation Documents** – Pursuant to FRBP 9027(a)(1) and 9027(e)(2), and LBR 9027-1(d), subject to LBR 9027-1(d)(2)(B), no later than 30 days after the filing of the Removal Notice, the party who filed the Removal Notice must file with the clerk, all of the following items pertaining to the action being removed:

   (a) A copy of the docket from the court where the removed litigation was pending; and

   (b) A copy of every document reflected on the docket, whether the document was filed by a party or entered by the court. These copies must be provided in chronological order according to the date the document was filed.

6) **Joint Status Report** - Pursuant to LBR 7016-1(a)(2), no later than **14 days prior to the Status Conference**, all parties to this adversary proceeding must participate in filing a joint status report (JSR) and deliver a judge's copy as required in the Court Manual.  The JSR must be prepared according to the instructions set forth on the court's website at www.cacb.uscourts.gov.

KATHLEEN J. CAMPBELL, CLERK OF COURT

Date:                      By: _____
                                           Deputy Clerk

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

85 Argonaut, Suite 202, Aliso Viejo, CA 92656

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF REMOVAL OF ACTION [FED. R. BANKR. PROC. 9027; LOCAL RULE 9027-1] EXHIBITS 1 THROUGH 35

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/22/2026_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __04/22/2026_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Debtor/ Plaintiff: Eric Paul Doricko, 229 E. Porto St. Manhattan Beach, CA 90266
Plaintiff's Attorney: Jeff A. Mann, 3600 Wilshire Blvd Suite 1014, Los Angeles, CA 90010
Trustee: Peter J. Mastan, 550 S Hope Street, Suite 2800, Los Angeles, CA 90071-2627
United States Trustee, 915 Wilshire Blvd. Suite 1850, Los Angeles, CA 90017
Judge: US Bankruptcy Court, Hon. Vincent P. Zurzolo, 255 E. Temple St. Suite 1360, Los Angeles, CA 90012
☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __03/11/2026_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Bryan Wild, bryan.wild@sierrahomemortgage.com (email)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/22/2026 | Garrett Kulik | | /s/ Garrett Kulik |
|---|---|---|---|
| *Date* | *Printed Name* | | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                     **F 9013-3.1.PROOF.SERVICE**